CITY OF HARTFORD *v.* HARTFORD ELECTRIC
LIGHT COMPANY ET AL.

The plaintiff's motion to dismiss the appeal from
the Court of Common Pleas in Hartford County is
denied.

*Alexander A. Goldfarb,* for the appellee (plaintiff).

*Palmer S. McGee, Jr.,* for the appellants (defendants).

Argued June 1—decided June 16, 1976

CONNECTICUT CITIZEN ACTION GROUP ET AL. *v.*
CONNECTICUT LIGHT AND POWER
COMPANY ET AL.

The plaintiffs' motion to dismiss the appeal from
the Court of Common Pleas in Hartford County is
denied.

*Alexander A. Goldfarb,* for the appellees (plaintiffs).

*Palmer S. McGee, Jr.,* for the appellants (defendants).

Argued June 1—decided June 16, 1976

HARTFORD CONSUMER ACTIVISTS ASSOCIATION ET AL. *v.*
HARTFORD ELECTRIC LIGHT COMPANY ET AL.

The plaintiffs' motion to dismiss the appeal from
the Court of Common Pleas in Hartford County is
denied.

*Alexander A. Goldfarb,* for the appellees (plaintiffs).

*Palmer S. McGee, Jr.,* for the appellants (defendants).